IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JARVIS JAMAL JACKSON SR.,    )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     1:14cv1244-MHT
                             )         (WO)
LT. TROY SILVA and SGT.      )
JESSE INGRAM,                )
                             )
    Defendants.              )
```

OPINION AND ORDER

This cause is before the court on the magistrate judge's recommendation that plaintiff's claim for equitable relief be dismissed and that defendant Troy Silva be dismissed.  No objections to the recommendation have been filed.  Upon an independent and de novo review of the record, it is ORDERED that:

1. The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

2. Plaintiff's claim for equitable relief is dismissed without prejudice.

3. Defendant Troy Silva is dismissed and terminated as a party to this action.

4. This case is referred back to the magistrate judge for further proceedings.

DONE, this the 12th day of March, 2015.

                                                 /s/ Myron H. Thompson\_\_\_\_
                                              **UNITED STATES DISTRICT JUDGE**