IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JARVIS JAMAL JACKSON SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv1244-MHT |
| | ) | (WO) |
| SGT. JESSE INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a Henry County Jail inmate, filed this lawsuit complaining that the defendant officer subjected him to unjustified and excessive force from a taser. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to perfect service. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2015.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**