IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JARVIS JAMAL JACKSON SR.,      )
                               )
        Plaintiff,             )
                               )     CIVIL ACTION NO.
        v.                     )     1:14cv1244-MHT
                               )          (WO)
SGT. JESSE INGRAM,             )
                               )
        Defendant.             )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May, 2015.


                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE